IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IVan MUSSELL,<br><br>        Plaintiff,<br><br>v.<br><br>ALBERTSONS, INC.,<br><br>        Defendant. | Case No. CV-05-284-S-BLW<br><br>**ORDER** |

The Court has before it a Motion to Remand.  The complaint contains federal claims.  While the plaintiff's counsel states that they were included in error, they remain in the complaint at this time.  Because the defendant has answered, the plaintiff is not permitted to amend the complaint without leave of court.  Given the presence of these federal claims, the motion to remand must be denied.

NOW THEREFORE IT IS HEREBY ORDERED, that the motion to remand

**Order -- Page 1**

(Docket No. 12) is DENIED.



DATED:  **November 18, 2005**

B. LYNN WINMILL
Chief Judge
United States District Court

**Order -- Page 2**